Kirt Allen Esthay
TDCJ NO. 1919078
3060 F.M. 3514
Beaumont, Tx 77705

March 23, 2015

Court of Appeals
Third District of Texas
 Honorable Justice
Jeffrey D. Kyle, Clerk
P.O. Box 12547
 Austin, Texas 78711-2547

Appeal No. 03-14-00313-CR
Trial Cause No,
DAS-13-01849

Dear. Mr Kyle,

    Im writting in hope that the honorable court will except my 3 Part brief. Im no Attorney but wishing I was at this Point. Please File this, "End" of brief.

Respectfully,
Kirt Allen Esthay
Kirt Allen Esthay
Appellant, Pro Se
TDCJ No. 1919078

RECEIVED
MAR 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Kirt A Estha'4 #1919078
3060 F.m. 3514
Beaumont, Tx 77705

Court of Appeals
Third District of Texas
Mr Jeffrey D. Kyle, Clerk
P.O. Box 12547
Austin, TX 78547

